United States District Court
Northern District of New York

# JUDGMENT IN A CIVIL CASE

**BRENDA L. BLOWERS,**

      **Plaintiff,**

  V.                            **CASE NUMBER: 05-CV-557**

**MICHAEL J. ASTRUE,**
**Commissioner of Social**
**Security Administration,**

      **Defendant.**

**[   ]  Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**[ X ]  Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that the Report-Recommendation of Magistrate Judge David R. Homer is ADOPTED in its entirety; and it is further

    ORDERED AND ADJUDGED that the defendant's motion for judgment affirming the Commissioner's decision denying disability benefits is GRANTED; and it is further

    ORDERED AND ADJUDGED that the complaint is DISMISSED.

All of the above pursuant to the order of the Honorable Judge Norman A. Mordue, dated the 12th day of February, 2008.

| | |
|---|---|
| **February 12, 2008** | **LAWRENCE K. BAERMAN** |
| _____ | _____ |
| **DATE** | **CLERK OF COURT** |
| | |
| | s/_____ |
| | **BY:  L. Welch** |
| | **DEPUTY CLERK** |